## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JONATHAN R. MCDONALD                                                                                       PLAINTIFF

v.                                              No. 4:10CV01529 JLH

HAWPOND PARTNERS, INC., d/b/a
AARON SALES & LEASE OWNERSHIP;
JOHN DOE 1; and JOHN DOE 2                                                                          DEFENDANTS

### ORDER

Defendants have informed the Court that they have received the information sought in their motion to compel filed on April 22, 2011. The motion to compel is therefore denied as moot. Document #8.

IT IS SO ORDERED this 12th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE